Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Cindy N. Mader (Bar No. 213524)
cmader@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY RODKEY,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. CV15-02505 CAS (JPRx)<br><br>**[PROPOSED]** ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Judge: Hon. Christina A. Snyder |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV15-02505 CAS (JPRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: August 13, 2015

_____
Hon. Christina A. Snyder
United States District Court Judge